

Dream **the Impossible**
Seek **the Unknown**
Achieve **Greatness**

# CERTIFICATE OF COMPLETION

## THIS CERTIFIES THAT

# Riane Brownlee

*has successfully completed the **Anger Management** workshop .*

Given this 6th day of December 2019

*Course Instructor*

# Working Smart

*Soft Skills for Workplace Success*

This certificate recognizes that

**Riane Brownlee**

has completed a full course of instruction, demonstrating all practical and academic competencies required for full certification in this soft skills workplace success program

Completed on December 6, 2019 in association with NCWorks Charlotte



CEO/President Charlotte Works

Instructor

WORKS

A product of Charlotte Mecklenburg Workforce Development Partners

Certified by Charlotte Works

"Working Smart: Soft Skills for Workplace Success" was developed by the Charlotte Mecklenburg Workforce Development Partners It is designed to provide the work and life skills that enhance employee productivity.

"Working Smart: Soft Skills for Workplace Success" is a five module, 16 lesson soft skills curriculum taught over a minimum of 24 hours. Certified participants have successfully completed the following modules/lessons and are expected to show key competencies in all areas.

**Self-Awareness Skills**
Personal Branding
Self—Change
Cognitive Cycle

**Self-Management Skills**
Dealing with Stress
Warning Signs

**Work Ethics**
Personal Reactions
Staying Calm & Clear
Employer Expectations
Code-Switching

**Communication Skills**
Active Listening
Four C's of Communication
Expressing Concerns
Handling Feedback

**Problem Solving Skills**
Problems and Goals
Facts vs Opinions
Options and Outcomes



Dream the Impossible

Seek the Unknown

Achieve Greatness

# CERTIFICATE OF COMPLETION

## THIS CERTIFIES THAT

# Riane Brownlee

*has successfully completed the **Anger Management** workshop .*

Given this 6th day of December 2019

_____

*Course Instructor*



Dream the Impossible
Seek the Unknown
Achieve Greatness

# CERTIFICATE OF COMPLETION

## THIS CERTIFIES THAT

# Riane Brownlee

*has successfully completed the* **Anger Management** *workshop* .

Given this 6th day of December 2019

_____

*Course Instructor*

# Working Smart

*Soft Skills for Workplace Success*

This certificate recognizes that

Riane Brownlee

has completed a full course of instruction, demonstrating all practical
and academic competencies required for full certification in this
soft skills workplace success program

Completed on December 6, 2019 in association with NCWorks Charlotte



Instructor

CEO/President Charlotte Works

# Certificate of Completion

**Wellness Recovery Action Plan®**

# WRAP®

*20-Hour Training Level 1*
*December 9, 2019 – December 13, 2019*

*This certificate of attendance is presented to*

## Riane Brownlee

Ronald Clark, Instructor

Sponsored By



Cardinal
Innovations
HEALTHCARE

Yalanda Williams, Instructor

# Working Smart

*Soft Skills for Workplace Success*

This certificate recognizes that

<u>Riane Brownlee</u>

has completed a full course of instruction, demonstrating all practical
and academic competencies required for full certification in this
soft skills workplace success program

Completed on <u>December 6, 2019</u> in association with <u>NCWorks Charlotte</u>



Instructor

CEO/President Charlotte Works

# Mecklenburg County Sheriff's Office

*This is to certify that*

## RIANE BROWNLEE

*Has successfully completed the Emotional Intelligence course*

**F. Tallerico**
Instructor

**Garry McFadden**
Sheriff

*January 10, 2020*
Date

\* *Educational only "this is not considered treatment and cannot be used for court."*

# Mecklenburg County Sheriff's Office

*This is to certify that*

## Riane Brownlee

*Has successfully completed the Substance Abuse Education course*

**L. Thakkar**

Instructor

**Garry McFadden**
Sheriff

January 17, 2020
Date

*\* Educational only "this is not considered treatment and cannot be used for court."*

# Mecklenburg County Sheriff's Office

*This is to certify that*

## Riane Brownlee

*Has successfully completed the Bridges out of Poverty course*

J. Zaleski
Instructor

**Garry McFadden**
Sheriff

January 31, 2020
Date

*\* Educational only "this is not considered treatment and cannot be used for court."*

# Mecklenburg County Sheriff's Office

*This is to certify that*

## Riane Brownlee

*Has successfully completed the Forgiveness course*

**F. Tallerico**

*Instructor*

**Garry McFadden**
*Sheriff*

*February 21, 2020*
Date

\* *Educational only "this is not considered treatment and cannot be used for court."*



# Achievement Certificate

This Acknowledges That

*Riane Brownlee*

_____

is recognized for

## Completion of Strategies for Success

_____

Awarded this 18th day of February, 2020

_____
Toba Dowell, Female Case Manager Adult Programs

_____
Georgia Woodruff,  Female Adult Programs Manager

# Certificate of Completion

Changed Choices proudly awards this certificate to

## Riane Brownlee

For successful completion of the
Parenting Piece by Piece Workshop

_Donna Fisher_
Changed Choices

February 21, 2020
Date

_Changed_ **Choices**
Building new lives beyond prison walls



This is to certify that

Riane Brownlee

Has successfully completed the Six Week
Mindful Life Skills course
Taught by Lindsay Bridges, MD
Charlotte Center for Mindfulness

On, October 29th, 2019

# Certificate of Completion

Changed Choices proudly awards this certificate to

## Riane Brownlee

For successful completion of the
### Responsible Thinking Workshop

_Donna Fisher_
_____
**Changed Choices**

February 28, 2020
Date



*Changed* **Choices**

Building new lives beyond prison walls



# Certificate of Achievement

presented to

## Riane Brownlee

for completion of Social Values Class

Presented by Changed Choices - 6 March 2020






# Certificate of Completion

presented to

## Kiane Brownlee

For completion of the voluntary class Self-Control

Presented by Changed Choices - 13 March 2020

# Certificate of Participation

This certifies that

## Riane Brownlee

has participated in 5 of the Red Boot meetings learning the

## Red Boot Way

On this 19th day of January, 2020





_Molly Barker, Founder & VisionGiver_



**DESTINY**
**REACHED** THRU
**EMPOWERMENT**
Cultivating Change  DRTE

Dream the Impossible
Seek the Unknown
Achieve Greatness

Domestic Violence

# Certificate of Completion

*This Certificate is Awarded to:*

## Riane Brownlee

*who has successfully completed the Domestic Violence workshop.*

January 24, 2020

*Date*

*Course Instructor*

# Certificate of Participation

Presented to

## Riane Brownlee

*For Commonwealth Charlotte Intro Class*

Presented by Mary Quinn - 31 January 2020



# Certificate of Achievement

presented to

## Riane Brownlee

for completion of voluntary class Responsible Thinking

Presented by Changed Choices - 10 January 2020

# Certificate of Achievement

presented to

## Riane Brownlee

for completion of voluntary class Social Values

Presented by Changed Choices - 17 January 2020



# Certificate of Achievement

presented to

## Riane Brownlee

for completion of the voluntary class Self-Control

Presented by Changed Choices - 24 January 2020



# Certificate of Achievement

presented to

## Riane Brownlee

for completion of Skills for Successful Living

Presented by Changed Choices - 31 January 2020



# Certificate of Achievement

presented to

## Riane Brownlee

for completion of the voluntary class FAMILY TIES

Presented by Changed Choices – 7 February 2020

# Certificate of Achievement

presented to

## Riane Brownlee

for completion of Peer Relationships

Presented by Changed Choices - 14 February 2020

The Honorable Kenneth D. Bell

United States District Judge

401 W. Trade Street

Charlotte, NC 28202


Dear Judge Bell,

My name is April Pressley Adams. I am currently a Peer Specialist to domestic violence victims and substance abuse addicts. I am writing you in regards to Riane Leigh Brownlee. I have known Riane since March 2017. We met at a place called Solace, which was a transitional home that I was an Assistant House Manager at, and Riane, who was just released from prison, came to reside at. I had been there about four months, clean and sober from drugs; which was the longest id been sober in over 20 years.  I was raped when I was seventeen, and as a result, I turned to drug use.

My first impression upon meeting Riane was shy and reserved. Very quiet, nervous, not sure what to expect, soft-spoken, and kind. Once introduced to the other residents, they all took a liking to her and believed she'd be an asset to our house, and she was.

Solace was also a program with requirements, such as: curfews, accountability, obtaining employment, and keeping up with financial obligations. It was Christian-based therapy, therefore; bible studies and church were mandatory. Sobriety, household chores, and each resident was assigned a day to cook dinner for the house, typically partnered with another resident. They would need to communicate, plan, budget, and prepare. Riane had no issues keeping up with what was required. As far as employment, she hit the ground running. Determined, she would walk to the library daily to fill out applications for hours. She would walk place to place, applying in person. After ten days, she landed a position at Burger King. A few days later, she was interviewed and hired at Olive Garden to be a server. Riane was excited and relieved to have overcome a big obstacle; being hired as a felon, twice. Once out of training, she was making enough money to pay her rent of $125 per week, her parole fee, transportation to and from work, and eventually covered one third of her children's private school tuition.

Riane's ex-husband, W.B. Webb, and her children, lived in South Carolina, about seventy-five miles from her. She and Mr. Webb, who had a lot of issues in the past, had resolved some, and Mr. Webb would bring the children up to see Riane on a Saturday or Sunday once or twice a month. The children loved coming to Solace to see their mom. I observed Riane being a loving, caring, affectionate, attentive mother. Her children were always so happy to see her, so much loved was expressed. Even as teenagers, they never missed an opportunity to hug her. They would argue over who got to sit next to her, so she would sit in the middle with her two oldest on either side, and her youngest on her lap. They were devastated when it was time to go, and often fought their father to let them stay. Her children were her world, and she would do anything for them. She would praise hem on their grades at school and to stay focused, to reach for the stars. She openly spoke about being in prison, and apologized for what hey went through during that. Teaching them that her bad choices put her there and that she took responsibility for her actions. Teaching them that messing up is part of life, no on is perfect, and we all

make bad choices; but those bad choices have consequences. So always apologize when you do wrong, and learn from your mistakes, especially the ones she has made. Riane also talked and facetimed her children every day.

Over the course of the twelve months she was at Solace, she impressed her managers at Olive Garden with great customer feedback and strong team work abilities that she was promoted after 90 days into management as a Certified Trainer for front of the house positions. This allowed for a steady schedule and gave her more free time to be able to volunteer at the office for Solace. Riane continued to show growth and id well at every task given to her. She became a House Manager for a while along with the event planner for the ministry. She organized and put together several fundraisers, like an open mic night, and BBQ plates, with the assistance of other house residents. With the proceeds, the ministry was able to purchase a van to get residents to and from work and program classes. Riane was released from parole after her nine months, doing everything she had to do. She graduated Solace at twelve months, and was asked to stay on as the Assistant Director and Office Manager. She couldn't work that and Olive Garden, so she put in a notice at Olive Garden. She believed in the work done at Solace, and wanted to be part of creating change.

As the Assistant Director, she assisted with rewriting the Solace handbook. She was in charge of drug tests, and making sure residents styed in compliance. As Office Manager, she kept things in an orderly fashion. She kept the books current, collected rent, deposited rent, did intakes, and placed new residents in the homes. At that time, I was the Executive Director and Riane did an amazing job at making sure everything ran smoothly.

After her Solace graduation, Mr. Webb asked Riane to move to South Carolina to be with him and their children. As much as Riane and Mr. Webb had resolved, she still did not want to rekindle a relationship with him. Mr. Webb said that he and the kids were a package deal. When Riane said no to his offer, he cut off all communication she had with them. This destroyed her. She was doing work she loved, helping others, and herself at the same time. She worked as long as she could at Solace until she just couldn't handle being away from her children. Several people, myself included, tried to talk her out of leaving. Mr. Webb manipulated his situation with their children to get Riane out of Solace and back to his control. She went for her children, and shortly after she moved in with them, he began abusing her. She would call me often, crying, and telling me that she didn't know what to do. Then came a day where she couldn't handle it anymore, and left.

That bring us to today. I know what Riane's past looks like. I know she's made some bad choices. What I also know is there is so much more good in her, than bad. For most of her life, Riane has just tried to survive. She went from: a mentally, physically, and sexually abusive father who was addicted to drugs and alcohol, a mother who couldn't function unless high, to her mother leaving her, and then ended up a missing person for 20 years now, to an abusive marriage. That marriage conceived three beautiful, intelligent, amazing children who she just wanted to a mother to. So, she felt obligated over and over to be with their father. Riane has always been told who to be, and what to do. I admire her so much for not turning to drugs or alcohol with the life she's lived. She has amazing strength and self-control with that; however, she did need a way out and disassociating from life happened, at times. I witnessed it when we lived together at Solace. She was like two different people. I also witnessed her shut down when people around her would yell. She checks out of reality. The residents at the Solace Women's House became family. They knew her struggle, and would help pull her out of it. Riane has

never had guidance in her life. She just drifted. She was raised being taught drugs were the only way to live, but what she saw she knew she didn't want to become. She beat the odds.

Riane has amazing potential to achieve anything she puts her mind to. She just lacks self-confidence. I speak to Riane at least once a week, and I can honestly say her time at Mecklenburg County Jail has been good for her. It has given her time to reflect on her life. To find out who she is and what she stands for. It has given her a lot of healing. The rehabilitation classes have helped her realize she's not alone with childhood trauma, or issues of rejection, and abandonment. They have built her confidence and self-esteem, and have helped her discover who she is without input of others. The classes have taken a shy, quiet, scared girl, and transformed her into a woman who now shares her thoughts and feelings, and will even stand up in front of others to share. Riane is intelligent, creative, humble, kind-hearted, honest, trustworthy, generous, not afraid of humility, challenges herself daily to do something out of her comfort zone. She is a ray of sunshine, and my best friend. I have no doubt she will succeed at anything she puts her mind to.

Your honor, I ask you to please consider Riane's worth and what she's been through, where she stared, and where she is now. How much she has accomplished while in jail, and that she made good use of her time. Riane has the resources and support of loved ones to lean on, that she never had before. She has a place to call home when released, and has plans to become a peer specialist, where she already has 20 out of the 60 hours completed. She also has plans to go back to Daymark to continue counseling. I want to thank you for your time and consideration in regards to Riane.

Sincerely,

*April P. Adams*

April P. Adams
980-276-3844

The Honorable Kenneth D. Bell

United States District Judge

401 W. Trade Street

Charlotte, NC 28202


Greetings and Salutations,


My name is Daniel S. Maltais, and I am writing this in relation to Riane Leigh Brownlee. I am Riane's fiance of around a year and a half, and her friend for around three. I am a US Army veteran, having served 14 and a half years, with an honorable discharge, and I am currently working armed security for a company in Charlotte. She and I met one another at Olive Garden in 2017, and hit it off practically immediately. We kept in touch over Facebook, and a deeper friendship grew. We confided in one another while dealing with the stresses of life, love, and anything in-between. When we met, we were both married, respectively, and after we had both separated, a friendship developed into the relationship we have now. We talk every day, and I feel like I know her better than I have ever known anyone else in life. She has become my closest, best, friend.

Riane has always been an incredibly caring and thoughtful person to those she cares about, and to those she doesn't know. She has always been willing to drop anything she's doing in order to help a friend in need. She has always done her best to be kind and generous, and during her time as a military spouse, she would cook huge meals during the holidays and invite all the people who couldn't travel home to come and eat with them. She has been there for friends struggling with addictions, sat next to them during some of their worst times, just so they know that there is someone there for them. She helped her brother kick a heroin addiction that came very close to killing him. She has always been a selfless person, and she has always put others before herself.

Riane was productive member of society before all of this began, and she will definitely be one once it has been dealt with. She is a woman with incredible drive, and talent. She is capable of accomplishing anything she sets her mind to. She has done fundraising drives for charities, fundraising drives for her other causes, she was a regular member of her church, and everything she did, she did to make a positive, and meaningful impact in someone's life. She knows that she wants to do even greater things after all of this is settled, so she will drive relentlessly to create change in her life, and help others with changing their own. She has always had big goals, and she has always been driven harder when she feels that is needed by those that she cares about.

I believe that Riane was put into a difficult position when it comes to this particular charge. She is a good person, and there is absolutely no doubt about that, in my mind. She has always wanted to be a mom, and she knows that going back to her ex-husband was a bad idea,

but she got caught up in ideations of making a family with him, despite the bad history they have. They are toxic for one another, but it's incredibly difficult to walk away from a person that you love. I think her incarceration has been a good thing for her, because it has given her somewhere away from him that she has been able to use to process everything that he had done to her, and has given her the ability to come to terms with it, and process is correctly. She has been able to face all of the trauma in her past, including stuff from her childhood, and has healed in amazing ways, thanks to her time in therapy. This has also given her the opportunity to take classes, and learn more that she had before all of this. She has become someone that has begun to open up during conversations, rather than shutting down, or becoming absent. She has started sleeping better, rather than being plagued with night terrors that kept her awake. She was caught up in the whirlwind of everything, and that's what led her to this point, but this has given her the chance to get herself together, and she's facing the right direction now.

Riane has always had an amazing work ethic, and has always been a fantastic employee. She has never been fired from anywhere that she has worked, and has often started at an entry position, and worked herself into a supervisory position within an impressive amount of time. She has designs on becoming a peer counselor/specialist so she can help other people that have been in similar situations to the one she is in now. She wants to help people, and assist them in getting back on the right path. She has her eyes set on her goal, and nothing is going to stop her from achieving that goal. That is how she has been in every job she has ever worked.

Her time in the Mecklenburg County Jail has taught her many, many things. She has had to face down numerous fears of hers, in order to push through the existence that she is living. She has learned that it's reckless, and dangerous, to just bury emotions and concerns, without ever coming back to process them correctly. She has shown that she is strong and very brave to be able to face her past, and start to heal while in an environment that doesn't give her access to the support of loved ones and friends that haven't been made while inside. She has found a new appreciation for life, and a new purpose for her time on Earth.

When Riane got out of prison in 2017, she was terrified to go back to life outside, having been in the system for two years. She finally found a place to go-a transitional home called "Solace". After that, she quickly found her footing, and had a job within two weeks, and then found a better job shortly after that. She also assisted in the office for the transitional house, helping with phone calls, office work, and the intake process. When she wasn't working, she was in the office, doing what she could to help. Shortly after, she was asked to be in charge of fundraising for the house itself. She decided to host an open mic night, and a barbeque. Then, she designed shirts that they could sell. From there, they did a trunk or treat at the church, which helped her become a house manager at the house, which hosted up to 14 workers, and an assistance director. She ran the morning bible studies, and gave encouragement to all the ladies; making sure that none of them ever talked down about themselves, or gave up on their goals. The amount of passion she had to help these women succeed was astounding to witness. She became their role model, as someone to aspire to be like. If she was asked today, she would say that the 14 months she was there were the best months of her life. If she is given the chance, I know she

will do whatever she can recreate this. She wants to help people, and show them a better way to live, and that's how she will succeed in life.

I know she is a woman of amazing character. She has always been a person that I have called whenever I need a friend to assist me. Before, she was lost and let other people define her, and shape her. Now, however, she has learned who she really is, and what she stands for. She has learned what her values are, and how she can move forward from this point.

I greatly appreciate this opportunity to share how I view this amazing person, and give some insight to who she is, and how she ended where she is now. I know that if she is given the chance, her life will change dramatically once she is released, making sure she never goes through this again, and making sure that she is able to help others learn how not to end up like has. Even knowing the charges that she is facing, I will still say that she is one of the best people I have ever known, and that she will never make the same mistakes again.

Thank you for taking the time to read this,

Daniel S. Maltais

*Daniel S. Maltais*

910-612-2824